UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:07CR89 |
| v. | JUDGES _____ |
| GRAY Y. JORDAN, | |
| JULIA C. NEWMAN, | |
|   also known as Julie, | |
|   also known as Jules, | |
| SHERRY FARMER, | |
| WILLIAM JORDAN, | |
|   also known as CAPERS, | |
| MELVIN SKINNER, | |
|   also known as BIG FOOT, and | |
| SAMUEL SKINNER | |

### ORDER

Upon motion of the United States, it is hereby ORDERED that the Superseding Indictment in the above-styled case, along with the Motion to Seal and this Order, be sealed by the Clerk, for two weeks from the date of its filing, at which time the Superseding Indictment, Motion to Seal, and this Order shall be unsealed pursuant to this Order absent a further order by the Court.

It is further ORDERED that the United States Attorney be provided a stamp-filed copy of the Superseding Indictment, the Motion to Seal, and this Order prior to sealing.

ENTER:

/s/ Bruce Guyton

_____
UNITED STATES MAGISTRATE JUDGE