UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:07-CR-89 |
| v. | ) | |
| | ) | JUDGES PHILLIPS/GUYTON |
| GRAY Y. JORDAN, | ) | |
| JULIA C. NEWMAN, | ) | |
|   also known as Julie, | ) | |
|   also known as Jules, | ) | |
| SHERRY FARMER, | ) | |
| WILLIAM JORDAN, | ) | |
|   also known as CAPERS, | ) | |
| MELVIN SKINNER, | ) | |
|   also known as BIG FOOT, and | ) | |
| SAMUEL SKINNER | ) | |

## **ORDER**

The United States has filed a motion requesting that the Superseding Indictment and all related filings in the above-styled case be unsealed, as there is no longer a need to keep them under seal.

It is hereby ORDERED that the Superseding Indictment and all related filings in the above-styled case be unsealed.

ENTER:

_Thomas W. Phillips_
UNITED STATES DISTRICT JUDGE