**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | **No. 3:07-CR-89** |
| ) | **(Phillips/ Guyton)** |
| **GRAY Y. JORDAN, JULIA C. NEWMAN,** ) | |
| **SHERRY FARMER, WILLIAM JORDAN,** ) | |
| **MELVIN SKINNER, and SAMUEL SKINNER** ) | |

## ORDER

This matter is before the court on defendants' appeal and objections to the magistrate judge's 69-page memorandum and order [Doc. 147] entered June 25, 2007, on numerous discovery, disclosure and notice requests. Magistrate Judge Guyton's order was entered pursuant to 28 U.S.C. § 636(b). Under 28 U.S.C. § 636(b) the court can reconsider the magistrate judge's ruling if it is "clearly erroneous" or "contrary to law." Accordingly, the court has now undertaken a review of the magistrate judge's orders. After doing so, the court concludes that Judge Guyton's rulings are consistent with the Federal Rules of Evidence and the applicable case law, and thus, a detailed written opinion by the undersigned covering the same ground would be unduly duplicative. The rulings rendered by Judge Guyton are accordingly **AFFIRMED** on the basis of the reasoning set forth in his memorandum and order dated June 25, 2007. Accordingly, Defendants' objections are hereby **OVERRULED** in their entirety [Criminal Case No. 3:06-CR-102, Docs. 148, 149, 150, 151, 152, 153, 154, 155, 156, 157, 158, 159, 160, 161, 162, 163, 164, 165, 166, 167, 168, 169, 170, 174, 175, 176, 177, 178, 179, 180, 181, 184, 185].

**IT IS SO ORDERED.**

        **ENTER:**

        <u>    s/ Thomas W. Phillips    </u>
        United States District Judge