IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-89 |
| | ) | (Phillips / Guyton) |
| SAMUEL SKINNER, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the district court as may be appropriate. This cause came before the Court upon Defendant Samuel Skinner's Motion to Adopt Motions of the Co-Defendant Melvin Skinner [Doc. 28]. Samuel Skinner asks leave to join Melvin Skinner's Motion for Pretrial Hearing to Determine the Admissibility of Audiotape [Doc. 19] and Request for Disclosure of Exculpatory Materials [Doc. 23] to the extent they relate to himself.

The Court finds this request is well-taken; Defendant Samuel Skinner's Motion to Adopt Motions of the Co-Defendant Melvin Skinner **[Doc. 28]** is **GRANTED**.

**IT IS SO ORDERED.**

ENTER:

　　s/ H. Bruce Guyton　　
United States Magistrate Judge

1