UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:07-CR-89 |
| V. | ) | (Phillips / Guyton) |
| | ) | |
| JULIA NEWMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on Defendant Julia Newman's Motion to Clarify the Record [Doc. 41]. Newman asks for the Court to clarify the status of the motions and orders filed in the predecessor case, 3:06-CR-102. This Motion to Clarify the Record **[Doc. 41]** is **GRANTED** as follows:

All proceedings in the predecessor case 3:06-CR-102, are incorporated into the instant case 3:07-CR-89 as if having been conducted under this docket number. The rulings made by this Court and the District Court in 3:06-CR-102 are the law of the case in 3:07-CR-89 as well. Should an appeal be taken at any point in 3:07-CR-89, the record in 3:06-CR-102 shall be transmitted to the reviewing court along with the record in 3:07-CR-89. When citing to an entry in the docket for 3:06-CR-102, parties should so designate. Citation to entries in docket number 3:07-CR-89 do not need to be separately designated. No further action is necessary on the part of the Clerk of the Court to effect the incorporation of previous filings, rulings and all other proceedings.

Further, all proceedings conducted in United States v. Skinner, 3:06-CR-100 shall be incorporated in the same manner.

**IT IS SO ORDERED.**

ENTER:

　　　s/ H. Bruce Guyton　　　
United States Magistrate Judge